No. 271. Ex Parte Fajardo.—New notarial bond furnished. Decided July 29, 1912. Notary Fajardo required to furnish new notarial bond.

---

No. 43. Ex Parte Gracia.—Application for a writ of *habeas corpus* presented to Mr. Justice Aldrey. Decided July 31, 1912. Application denied. *Mr. Fulgencio Piñeiro* for petitioner. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 303. Ex Parte Gibson.—Regarding furnishing new notarial bond. Decided August 2, 1912. Notary Gibson required to furnish new bond or to deliver the protocol to the keeper of the General Archives of the district.

---

No. 53. Ex Parte Picornell.—Petition for cancellation of notarial bond presented by the National Surety Company. Decided August 2, 1912. Notarial bond canceled.

---

No. 44. Ex Parte Amy.—Application for a writ of *habeas corpus* presented to Mr. Justice Aldrey. Decided August 3, 1912. Application withdrawn by petitioner. *Mr. Manuel A. Martínez* for petitioner.

---

No. 271. Ex Parte Fajardo.—Petition for approval of notarial bond executed by the National Surety Company. Decided August 26, 1912. Bond approved. Petitioner appeared *per se.*

---

No, ——. Ex Parte García.—Regarding the approval of bond for position of property clerk. Decided October 7, 1912. Bond approved.